UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CELTIC MARINE CORPORATION** | CIVIL ACTION NO: |
| **VERSUS** | SECTION:     , DIVISION |
| **METAL PARTNERS INTERNATIONAL, LLC** | JUDGE |
| | MAGISTRATE |

### COMPLAINT

The Complaint of Celtic Marine Corporation ("Celtic Marine"), a corporation organized under and existing pursuant to the laws of the State of Louisiana, avers as follows:

1.

At all times hereinafter mentioned, Celtic Marine was and still is a Louisiana corporation with its principal place of business located in Baton Rouge, Louisiana.

2.

At all times hereinafter mentioned, defendant Metal Partners International, LLC ("Metal Partners"), was and still is an Illinois limited liability company, with its principal place of business in Aurora, Illinois, and which is not registered to do business in the State of Louisiana, but is doing business in the State of Louisiana. On information and belief, and based on information maintained by the Illinois Secretary of State, Frank Bergren is the sole member and manager of

Metal Partners International, LLC; Mr. Bergren is domiciled in, and a citizen of, the State of Illinois.

3.

Subject matter jurisdiction is proper in this Honorable Court on two grounds. The Court has admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333, because this matter concerns issues of general maritime law and maritime contract. Additionally, the Court has diversity jurisdiction because the parties are citizens of different states, and the amount in controversy is greater than $75,000, exclusive of interest, thereby satisfying the requirements of 28 U.S.C. §1332.

4.

Personal jurisdiction over Metal Partners is proper in this court because Metal Partners entered into a maritime contract with Celtic Marine, a Louisiana corporation, and because the parties' maritime contract contains a jurisdictional clause in which Metal Partners agreed to submit itself to personal jurisdiction in the federal and state courts of the State of Louisiana for all claims and disputes arising under, in connection with, or incident to the contract.

5.

Venue is proper in the Eastern District of Louisiana because the underlying maritime contract contains a venue provision designating the federal courts of Louisiana as the proper venue for any claim and dispute arising under, in connection with, or incidental to the contract, part of which took place in New Orleans, Louisiana, which is within the jurisdiction of the Eastern District of Louisiana.

6.

On January 18, 2019, Metal Partners entered into a contract with Celtic Marine entitled "2019 Annual Service Agreement," Contract No. 19-0136 (hereinafter "Annual Service Agreement"), pursuant to which Celtic Marine agreed to arrange for the transportation of approximately 35,000 short tons of steel rebar in 20' and 40', and Merchant Bars, on approximately 23 barges from New Orleans, Louisiana (Mile 70 Belle Chasse, Louisiana through Mile 180 Darrow, Louisiana), to various destinations as set forth in the Annual Service Agreement, though the placement period of January 1, 2019 through December 31, 2019, on behalf of Metal Partners, and Metal Partners agreed to pay for the services provided by Celtic Marine.

7.

Pursuant to the Annual Service Agreement, Celtic Marine arranged and hired barge services for transportation of the aforementioned cargo and invoiced Metal Partners for the services rendered, including freight, demurrage, cleaning, storage, high water charges, and other costs, all as more fully set forth and described in detailed invoices submitted to Metal Partners.

8.

The Annual Service Agreement provides, in pertinent part:

PAYMENT OF FREIGHT:

> When the barge initially starts on its voyage, the entire amount of the freight charge shall become earned and due and payable to [Celtic Marine] in cash or check or wire transfer without discount, cargo lost or not lost, damaged or not damaged, in whole or in part, at any stage of the voyage. [Celtic Marine] will have a lien upon all cargo for any amount due hereunder, including demurrage, which lien will survive delivery of the cargo. [Celtic Marine] also will have a lien on all freights or subfreights owed to [Metal Partners] by the cargo owner or consignee, for any

3

amount due hereunder, including demurrage. All freight, demurrage and other charges shall be subject to an interest charge of 1-1/2% per month beginning on the first day after the due date of invoice. [Metal Partners] also shall pay all costs and reasonable attorney's fees incurred by [Celtic Marine] for the collection of all charges due and payable to [Celtic Marine] under this Agreement. [Metal Partners] further agrees that interest shall continue to accrue, both before and after any judgment, at the same rate as set forth herein, until all amounts of principal and interest due are paid in full.

9.

Subsequent to Metal Partners' acceptance of the Annual Service Agreement, Metal Partners failed to honor its contractual obligations by failing to provide payment to Celtic Marine for freight, demurrage, cleaning, storage, high water charges, and other costs, as required by the Annual Service Agreement. Pursuant to the Annual Service Agreement, Metal Partners owes Celtic Marine $173,625.29 in past due freight, demurrage, cleaning, storage, high water charges, and other costs. As of this date, accrued interest is $21,629.63. Interest continues to accrue pursuant to the terms of the Annual Service Agreement.

10.

Despite repeated amicable demand, Metal Partners has refused to honor its obligations to Celtic Marine under the Annual Service Agreement, thereby necessitating the filing of this Complaint.

11.

Metal Partners is liable to Celtic Marine for all outstanding amounts owed to Celtic Marine pursuant to the Annual Service Agreement, including, but not limited to, past due freight, demurrage, cleaning, storage, high water charges, and other costs, including pre- and post-

judgment interest, and all reasonable attorney's fees and costs incurred by Celtic Marine for the collection of all charges due and payable to Celtic Marine under the Annual Service Agreement.

12.

Celtic Marine is entitled and hereby requests a trial by jury in this matter.

WHEREFORE, Plaintiff, Celtic Marine Corporation, prays that this Complaint be deemed good and sufficient, and that judgment be granted in its favor, and against Metal Partners International, LLC in the amount of its claim and any additional amounts owed, including, but not limited to, reasonable attorney's fees, costs, expenses, pre- and post-judgment interest for all damages, and for all just and equitable relief to which Celtic Marine Corporation may be entitled by contract or law.

Respectfully submitted:

_____
JOSÉ R. COT – T.A. (LSBA #18852)
ROBERT K. DENNY (LSBA #33092)
**HURLEY & COT, APLC**
One Canal Place
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
Tel: (504) 524-5353
Fax: (504) 524-5403
**ATTORNEYS FOR CELTIC MARINE CORPORATION**